No. 233, Misc.  BALDRIDGE v. RAGEN, WARDEN.  Circuit Court of Madison County, Illinois.  Certiorari denied.

No. 248, Misc.  HINDERHAN v. RANDOLPH, WARDEN.  Circuit Court of Madison County, Illinois.  Certiorari denied.

No. 177.  McELROY v. McELROY, ante, p. 857;
No. 245.  McELROY v. COBOURN ET AL., DOING BUSINESS AS COBOURN, YAGER, NOTNAGEL, SMITH & MORAN, ante, p. 857;
No. 320.  SACKETT v. LOUISIANA, ante, p. 869; and
No. 326.  FLETCHER v. NOSTADT ET AL., ante, p. 877.  Petitions for rehearing denied.

No. 190.  INTERNATIONAL WORKERS ORDER, INC. v. NEW YORK, BY BOHLINGER, SUPERINTENDENT OF INSURANCE, ET AL.; and
No. 283.  SELIGSON ET AL. v. NEW YORK, BY BOHLINGER, SUPERINTENDENT OF INSURANCE, ante, p. 857.  Petitions for rehearing denied.  MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

No. 43, Misc.  READER v. ILLINOIS, ante, p. 841.  Rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.

DECEMBER 14, 1953.

No. 5, Original, October Term, 1950.  NEW JERSEY v. NEW YORK ET AL.  The applications of New Jersey and Pennsylvania for an extension of time within which to answer the amended petition of the City of New York are